UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:23-cv-02337-WWB-RMN

MICHAEL MELENDEZ,

    Plaintiff,

v.

HAMILTON, TODD
JOHN DOE
TIGER ORLANDO SANFORD LLC
WOODSPRING SUITES, LLC

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, TIGER ORLANDO SANFORD, LLC ("Defendant") pursuant to Fed. R. Civ. P. 6(b) respectfully requests an extension of time up to and including January 12, 2024, to file an answer, motion, or other response to Plaintiff's Complaint [DE 1]. In support of this motion, Defendant states as follows:

1. Plaintiff filed his Complaint on December 6, 2023. [DE 1]. Defendant was served with the Complaint on December 7, 2023 [DE 3]. Therefore, a response would be due on or before December 28, 2023.

2. Undersigned counsel was recently retained and filed a Notice of Appearance on behalf of Defendant on December 18, 2023 [DE 5].

3. On December 21, 2023, the undersigned counsel's daughter underwent emergency surgery, followed by the holidays, during which time counsel has been out of

the office. As such, undersigned counsel requires additional time to review the Complaint, speak with her client, and formulate a response to the Complaint.

4. Pursuant to Fed. R. Civ. P. 6(b)(1), upon good cause, the Court may enlarge the period of time within which a defendant must serve its responsive pleading or motion.

5. There is good cause to grant an extension of time in this case because counsel for Defendant has been out of the office due to a medical emergency and the holidays and needs additional time to speak with her client and more fully investigate the allegations contained in Plaintiff's Complaint.

6. This motion is brought in good faith and not for purposes of delay. Further, the action was only recently filed. Thus, the enlargement of time requested by Defendant will not prejudice the Court or the parties.

7. For the aforesaid reasons, Defendant, TIGER ORLANDO SANFORD, LLC, respectfully requests that the Court enter an Order granting the Defendant an extension of time up to and including January 12, 2024, to file an answer, motion, or otherwise respond to Plaintiff's Complaint [DE 1].

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with Pro-Se Plaintiff in a good faith effort to resolve the issues and Pro-Se Plaintiff has advised he does not oppose the extension of time and therefore the parties agree on the resolution of the entire Motion.

Dated: December 27, 2023

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on December 27, 2023. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

                LYDECKER LLP
                1221 Brickell Avenue, 19th Floor
                Miami, Florida 33131
                Telephone: (305) 416-3180
                Facsimile: (305) 416-3190

By:   */s/ Paola M. Garcia*
       PAOLA GARCIA, ESQ.
       Florida Bar No: 106941
       pmg@lydecker.com

# SERVICE LIST

**Michael Melendez**
395 Mendon Road, Apt 12A
North Smithfield, RI 02896
Email: jae.marie614@gmail.com
*Pro Se Plaintiff*